NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 08a0501n.06
Filed: August 18, 2008

No. 07-1715

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

JACK SUNSERI; CONSOLIDATED )
PARTNERS, LIMITED, )
)
  Plaintiffs-Appellants, )
)
v. )
)
PHYLLIS PROCTOR; CONRAD PROCTOR; )   ON APPEAL FROM THE UNITED
DAVID PROCTOR; CONRAD A. )   STATES DISTRICT COURT FOR THE
PROCTOR FAMILY TRUST; PHYLLIS )   EASTERN DISTRICT OF MICHIGAN
PROCTOR FAMILY TRUST; ANDERSON- )
PROCTOR TRUST; PHYLLIS D. PROCTOR )
TRUST; ANDERSON-PROCTOR FAMILY )
LIMITED PARTNERSHIP; PROCTOR, LLC; )
ANDERSON-PROCTOR, LLC, )
)
  Defendants-Appellees. )

Before: DAUGHTREY, COOK, and FARRIS,* Circuit Judges.

COOK, Circuit Judge. In order to enforce a prior judgment against general partnership Macro Cellular Partners ("Macro"), plaintiffs Jack Sunseri and Consolidated Partners, Ltd. (collectively, "Sunseri"), seek to reach the individual assets of defendant partners (collectively, the "Proctors") unnamed in the original suit. The district court granted summary judgment for the

---

*The Honorable Jerome Farris, Circuit Judge of the United States Court of Appeals for the Ninth Circuit, sitting by designation.

No. 07-1715
*Sunseri, et al. v. Proctor, et al.*

Proctors, concluding that Sunseri's claims against the Proctors accrued with the claims against the

partnership and the relevant statutes of limitations now barred the action. Review of the briefs and

record counsels us to agree with the district court. Because a separate opinion would add little to the

district court's analysis, we affirm the court's judgment, adopting its reasoning.